|   |   |   |
|---|---|---|
| | | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERY WATSON, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF VANCOUVER, et al.,<br><br>                Defendants. | CASE NO. C13-5936 RBL<br><br>ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION<br><br>[DKT. #22] |

THIS MATTER is before the court on the Plaintiff Watson's Motion for Reconsideration [Dkt. #22] of this Court's Order [Dkt. #20] granting Defendants' Motion to Dismiss [Dkt. #11] Plaintiff's claim against the City of Vancouver for violations of the ADA while arresting him.

In their Reply, the Defendants pointed out that Plaintiff had offered no legal support for that claim, and cited *Patrice v. Murphy* 43 F.Supp.2d 1156 (W.D. Wash. 1999) for the proposition that such a claim was not viable. The Court granted the Motion because Defendants' argument was persuasive and because Plaintiff failed to respond to it.  [Dkt. #20]

Plaintiff's Motion for Reconsideration relies on the Ninth Circuit's opinion in *Sheehan v City and County of San Francisco*, 2014 WL 667082 (February 21, 2014), which seems to support such a claim.  They also seek leave to amend their Complaint on this ADA issue.

1     Under Local Rule CR 7(h), no motion for reconsideration will be granted unless an

2 opposing party has been afforded the opportunity to file a response.

3     The court hereby REQUESTS that the Defendants file a short (less than 8 pages)

4 Response to the Motion for Reconsideration. The Response should address the impact of the

5 Ninth Circuit's recent *Sheehan* opinion on this case. The Response should be filed by March

6 14, 2014. The Motion [Dkt. #22] is **RE-NOTED for March 14**.

7     IT IS SO ORDERED.

8     Dated this 7th day of March, 2014.

9

10                   /s/ Ronald B. Leighton

                   RONALD B. LEIGHTON

11                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24