HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERY WATSON,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF VANCOUVER, et al.,<br><br>                Defendant. | CASE NO. C13-5936 RBL<br><br>ORDER DENYING MOTION TO EXCLUDE EXPERT FRANK MORO |

      THIS MATTER is before the Court on Defendant City of Vancouver's Motion to Exclude Plaintiff's expert, Frank Moro. [Dkt. # 60-1]. Moro is expected to testify about the appropriateness of the City police officers' use of force against Jeffrey Watson. The City argues that Moro's testimony should be excluded because his opinions are based on premises rejected by the Supreme Court and the Ninth Circuit, and are based on the unsupported assumption that Watson sustained serious injuries.

      The City's concerns with Moro go to the weight and credibility of his testimony, not its admissibility. These concerns are more properly addressed by cross-examination and jury argument than by excluding his testimony altogether. *See Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579, 596, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993). ("Vigorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the

ORDER DENYING MOTION TO EXCLUDE EXPERT FRANK MORO - 1

traditional and appropriate means of attacking shaky but admissible evidence."). The City can cross-examine Moro about the facts underlying his opinions and expose any weaknesses in his assumptions or opinions. The jury will then determine the weight and credibility to give Moro's testimony.

The City's Motion to Exclude Expert Frank Moro is DENIED.

IT IS SO ORDERED.

Dated this 13th day of February, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE